IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15cv421

| | |
|---|---|
| KATINA PALMER, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>PNC MORTGAGE, HUTCHENS LAW )<br>FIRM, and NORTH CAROLINA )<br>HOUSING FINANCE AGENCY, )<br>    Defendants. )<br>_____) | ORDER |

This matter is before the court upon Defendants' Motions to Dismiss pursuant to Rules 12(b)(2), 12(b)(4), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure.

It appears that Defendants may be entitled to dismissal of this action as a matter of law. Therefore, the Plaintiff is directed to file a response as described below:

**TO THE PLAINTIFF, KATINA PALMER, READ THE FOLLOWING VERY CAREFULLY:**

You are to file a brief written argument opposing the Defendants' briefs supporting the Motions to Dismiss.

Within fourteen days of the date of entry of this Order, the Plaintiff must submit the brief or request an extension of the deadline.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motions to Dismiss. If you fail to respond to these motions, the court will proceed to decide the matter. A copy of the response must be served on the Defendants and a certificate of service must be filed with the court showing that a copy has been sent to counsel for the Defendants.

IT IS THEREFORE ORDERED that Plaintiff has fourteen (14) days from the filing of this Order in which to respond to Defendants' Motions to Dismiss.

The Clerk is directed to certify a copy of this Order to Plaintiff. The Clerk is specifically directed to send Plaintiff's copy by **certified mail, return receipt requested**.

Signed: October 14, 2015

Graham C. Mullen
United States District Judge